UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| DUANE MINNICK, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:10-CV-17-BO |
| ) | |
| COUNTY OF CURRITUCK, KNOTT'S ) | |
| ISLAND VOLUNTEER FIRE ) | |
| DEPARTMENT, CRAWFORD ) | |
| TOWNSHIP VOLUNTEER FIRE ) | |
| DEPARTMENT, INC., DAVID F. ) | |
| SCANLON, II, MICHAEL CARTER, ) | |
| TERRY KING, JERIT VAN AUKER, ) | |
| CHRIS DAILEY, ) | |
|       Defendants. ) | |

**Decision by Court.**

This action came before Julie A. Richards, Clerk of Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** on January 25, 2013, the county defendants are awarded $5,401.25 in deposition and transcript costs and shall have 14 days from the date this order to file a supplemental request for copy costs. Total costs in the amount of $5,401.25 are taxed against plaintiff Duane Minnick and shall be included in the judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the county defendants' supplemental motion for bill of costs is GRANTED, and the county defendants are awarded $193.32 in copy costs, which are taxed against plaintiff Duane Minnick and shall be included in the judgment along with the $5401.25 in costs previously taxed.

**This Judgment Filed and Entered on April 22, 2013, and Copies To:**

Thomas A. Woodley/David W. Ricksecker/Diana J. Nobile/Kurt T. Rumsfeld/M. Travis Payne/ Megan Kathleen Mechak (via CM/ECF Notice of Electronic Filing)

Jacqueline Terry Hughes/Julie B. Bradburn/Kristen Riggs/Theresa Sprain/Mary Craven (via CM/ECF Notice of Electronic Filing)

Jeffrey A. Doyle (via CM/ECF Notice of Electronic Filing)

Katie Hartzog/Paul H. Derrick (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>April 22, 2013 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |